■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v ALFRED GREEN, Appellant-Respondent.—Order of dismissal of indictment, Supreme Court, New York County (Frank Blangiardo, J.), entered on November 14, 1986, unanimously affirmed, and the appeal from the judgment of said court, rendered on December 7, 1984, unanimously dismissed as academic. No opinion. Concur—Kupferman, J. P., Ross, Carro and Rosenberger, JJ.